

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00090-CR

LARRY THOMAS CHAMBERS, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 277th District Court
Williamson County, Texas
Trial Court No. 17-068-K277

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

The reporter's record in this appeal was filed July 25, 2018, and the clerk's record was filed August 9, 2018, making the appellant's brief originally due September 10, 2018. This Court extended that briefing deadline twice, on appellant's motions, resulting in the most recent due date of October 31, 2018. We informed counsel when we granted the last extension request that further requests for extension of time would not be granted. Counsel has filed a third motion seeking an additional nine-day extension of the briefing deadline.

Counsel advised the Court in his most recent motion that there was an unexpected death in his family that required him to be out of the State. While we are not unsympathetic to counsel's situation, we are also mindful of our responsibility to ensure that this appeal proceeds in a timely manner. Consequently, we deny counsel's third motion to extend the deadline to file the appellate brief in this matter and order counsel to file Chambers' appellate brief on or before November 9, 2018. This gives counsel the nine days he requested in his motion, which we are confident will be adequate.

IT IS SO ORDERED.

BY THE COURT

Date:   November 7, 2018